**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In re:                                                                Chapter 7

    **Colleen Anne Van Epps and**
    **Richard Alan Van Epps**                      **Certificate of Service**
                              **Debtors.**     Bk. No: 2-17-21044-PRW

---

    I hereby certify that on October 5, 2020, a copy of the: (1) Notice of Motion, (2) Motion with Exhibit A, and (3) Proposed Order were all served electronically or by regular United States mail to all interested parties listed below.

1. **United States Trustee**
   100 State Street. Room 6090
   Rochester, NY 14614

2. **Richard D. Fairbank**
   CEO and President
   Capital One Bank (USA) N.A.
   1680 Capital One Drive
   McLean, VA 22101-3491

3. **Hon. Paul R. Warren**
   100 State Street
   Rochester, NY 14614

4. **Rubin and Rothman, LLC**
   Attorney for Creditor Capital One Bank (USA) N.A.
   1787 Veterans Highway
   Islandia, N.Y. 11749

5. **Lucien A. Morin, II**
   25 East Main Street, Ste 500
   Rochester, NY 14614

6. **Seterus Inc.**
   PO Box 1077
   Hartford, CT 06143-1077

7. **Richard Alan Van Epps**
   127 Westwood Drive
   Rochester, NY 14616

8. **Estate of Colleen Anne Van Epps**
   127 Westwood Drive
   Rochester, NY 14616

**Dated: October 5, 2020**

/s/ Michael A. Furlano
**Michael A. Furlano, Esq.**
*Attorney for Debtor*
LEGAL AID SOCIETY OF ROCHESTER, NY
One West Main Street
Rochester, NY 14614
P: (585) 295-5763
F: (585) 232-2352
mfurlano@lasroc.org