# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Colleen Anne Van Epps
    Richard Alan Van Epps

                  Debtor(s)

Case No.: 2–17–21044–PRW
Chapter: 7

SSN: xxx–xx–6716
SSN: xxx–xx–5767

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # *23* – Motion to Reopen Chapter 7 to file a Motion to Avoid Judgment Liens. Filing Fee $ 260. (Attachments: # 1 Affidavit Motion to Reopen # 2 Proposed Order # 3 Exhibit Exhibit A: Proposed Motion to Avoid Liens # 4 Certificate of Service) Filed on behalf of Joint Debtor Richard Alan Van Epps (Furlano, Michael)

**MISSING OR INCOMPLETE:**

[ ] Amendment is missing: [ ] Cover Sheet; [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities
    [ ] To e–file, use: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
    [ ] To e–file, use: Bankruptcy > Other > Cover Sheet.      [ ] To e–file, use: Bankruptcy > Other > Certificate of Service.

[ ] Signature or Electronic Equivalent is missing from

[ ] Chapter 13 Plan (Official Form 113): [ ] is missing the Debtor's signature; [ ] is missing the Attorney's signature; [ ] is missing the Exhibit: Total Amount of Estimated Trustee Payments; [ ] Current Version of Official Form 113 must be used, see Notice to Attorneys 17–02. *Certificate of Service of the plan* does not include [ ] all creditors; [ ] complete mailing addresses; [ ] method of service. File a new Certificate of Service indicating proper service.

[ ] The Debtor name(s) on the pdf does not coincide with the case number.

[ ] Cover Sheet: **To e–file, use: Bankruptcy > Other > Cover Sheet and link back to the original document.** Click here for NYW Cover Sheets.

[ ] Notice of Motion: [ ] Incorrect Hearing Date; [ ] Incorrect Hearing Time; [ ] Incorrect Hearing Location. Please consult the Court's website for available hearing dates. Click here.

[ ] Notice of Motion: . Please consult the Court's website for available hearing dates. Click here.

[ ] Certificate of service   **To e–file, use: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ X ] Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. **To e–file, use: Bankruptcy > Other > Certificate of Service and link back to the original document.** The Clerk's office cannot give legal advice.

[ ] The required Supplement to Official Form 103B is missing. Click here for Supplement.

[ ] Official Form 423 is missing. Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **To e–file, use: Bankruptcy > Other > Financial Management Course**.

[ ] Proposed Order

[ X ] Other: Please refer to In re Christensen, 2015 Bankr. Lexis 3506, regarding the filing requirements when the purpose for reopening is to file a motion to avoid lien. The entire proposed motion for substantive relief must be attached, including filing a 522(f) cover sheet.

**ADDITIONAL INFORMATION:** Motion Practice and Hearing Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov. Click here.

[ X ] This motion **WILL NOT** be considered by the Court.

[ X ] To e–file, use: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.

[ ] To e–file, use: Bankruptcy >

Date: October 9, 2020          Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                                  By: A. Andrews, Deputy Clerk

Form defygen/Doc 25
www.nywb.uscourts.gov