**COVER SHEET**
**§522(f) Avoidance of Liens**
**(To summarize information set forth in the motion)**

**Return Date of Motion** _____

**Debtor(s)** _____ Colleen Anne Van Epps _____ **Debtor's Attorney** _____ **Chapter** __
Richard Alan Van Epps

**Date Petition Filed** _____ **Trustee** _____ **Case No.** _____

_____ **§522(f)(1)(A) Avoidance of Judicial Liens which impair the debtor's exemption in real property**

_____ **§522(f)(1)(B) Avoidance of non-possessory, non-purchase money liens which impairs the debtor's exemption in certain personal property.**

**For All Motions**

1. (a)  **General description of property** _____
   (b)  **Owned by (names and** _____
        **form of ownership** _____
   (c)  **Market value of property $** _____
   (d)  **Amount of claimed exemption(s) $** _____

**For §522(f)(1)(A) Motions Only**

2. **Signed appraisal, letter valuation or market analysis of real property is attached**       _____       **Yes**

3. **Mortgages:**                 **Holder**                **Date Recorded**              **Balance Due**
   (a)                    _____
   (b)                    _____

4. **Judgment Liens:**            **Holder**                **Date Docketed**              **Amount**
   (a)                    _____
   (b)                    _____
   (c)                    _____

5. **Other Liens (in-**           **Holder**                **Date Docketed**              **Amount**
   **cluding tax liens):**
   (a)                    _____
   (b)                    _____

6. **No deduction from the appraised value of the property for hypothetical expenses of sale is to be made in determining the debtor's equity.**

7. **Market value of property $** _____ **(-) unavoidable mortgage and federal tax liens $** _____ **(=) equity $** _____ **(-) exemptions $** _____ **(=) balance if any $** _____ .

**For §522(f)(1)(B)**

8. **Holder of lien to be avoided** _____

**PLEASE NOTE THE FOLLOWING:**

1.     **THIS COVER SHEET MUST ACCOMPANY EVERY §522(f) MOTION SERVED ON ALL PARTIES AND FILED WITH THIS COURT FOR THE PURPOSE OF ASSISTING THE COURT IN ITS REVIEW OF YOUR PAPERS.  FAILURE TO DO SO WILL RESULT IN YOUR PAPERS BEING RETURNED TO YOU UNPROCESSED.**

2.     **A SIGNED APPRAISAL, LETTER VALUATION OR MARKET ANALYSIS OF REAL PROPERTY MUST BE ATTACHED TO EVERY §522(f)(1)(A).  FAILURE TO DO SO WILL RESULT IN THE MOTION BEING DENIED.**

3.     **COPIES OF SECURITY AGREEMENTS TO SHOW THAT THEY ARE NON-PURCHASE MONEY MUST BE ATTACHED TO EVERY §522(f)(1)(B) MOTION.  FAILURE TO DO SO WILL RESULT IN THE MOTION BEING DENIED.**

4.     **EVERY MOTION MUST BE ACCOMPANIED BY THE FOLLOWING: A) A PROPOSED ORDER WHICH IS AN EXHIBIT TO THE MOTION TO BE SERVED ON ALL PARTIES; AND, B) AN ORIGINAL ORDER TO BE SUBMITTED TO THE COURT FOR DETERMINATION AND SUBSEQUENT ENTRY.**