UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:                                            Chapter 7
    Colleen Anne Van Epps and
    Richard Alan Van Epps                      Notice of Motion to Avoid Liens
                                    Debtors.    Bk. No: 2-17-21044-PRW
_____

## NOTICE OF MOTION TO AVOID LIENS

PLEASE TAKE NOTICE OF THE FOLLOWING MOTION BY DEBTOR:

**TIME:**                      **November 12, 2020 at 10:00 A.M**
                                    Or as soon thereafter as Counsel may be heard

**PLACE:**                   **United States Bankruptcy Court, U.S. Courthouse**
                                    100 State Street, Rochester, NY 14614

**RELIEF SOUGHT:**       An Order avoiding judgment liens

**PAPERS SUBMITTED:**    (1) Notice of Motion, (2) Motion, (3) Exhibits A-D, (4) Proposed Order

**PURSUANT TO FRBP 9014 AND THE STANDING ORDERS IMPLEMENTING DEFAULT PROCEDURES IN ROCHESTER AND WATKINS GLEN; IF YOU INTEND TO OPPOSE THE MOTION, AT A MINIMUM, YOU MUST SERVE; (1) THE MOVANT AND MOVANT'S COUNSEL, AND (2) IF NOT THE MOVING PARTY (A) THE DEBTOR AND DEBTOR'S COUNSEL; (B) IN A CHAPTER 11 CASE, THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST CREDITORS; AND (C) ANY TRUSTEE. IN ADDITION, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT WRITTEN OPPOSITION TO THE MOTION NO LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THE MOTION NOTWITHSTANDING THE DECEMBER 1, 2009 AMENDMENTS TO FRI3P 9006(a). IN THE EVENT THAT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION UNOPPOSED.**

**Dated**: October 26, 2020                                    /s/ Michael A. Furlano
                                                                  **Michael A. Furlano, Esq.**
                                                                  LEGAL AID SOCIETY OF ROCHESTER, NY
                                                                  *Debtor's Attorney*
                                                                  One West Main Street, Suite 800
                                                                 Rochester NY 14614
                                                                (585) 295-5763

TO:   1. Lucien A. Morin, II   2. Kathleen D. Schmitt      3. Creditors as per
         *Chapter 7 Trustee*       *United States Trustee*         attached list
                                         100 State Street, Room 6090
                                         Rochester, NY 14614

**Interested Creditors**

1. Richard D. Fairbank
   CEO and President
   Capital One Bank (USA) N.A.
   1680 Capital One Drive
   McLean, VA 22101-3491

2. Rubin and Rothman, LLC
   Attorney for Creditor Capital One Bank (USA) N.A.
   1787 Veterans Highway
   Islandia, N.Y. 11749

3. Seterus Inc.
   14523 SW Millikan Way
   PO Box 1077
   Hartford, CT
   06143-1077