# EXHIBIT B

MONROE COUNTY CLERK'S OFFICE

Return To:

BOX 178

Index    DEEDS

Book    10365    Page    0252

No. Pages    0003

Instrument    DEED

Date :    10/03/2006

Time :    1:30:00

Control #    200610030567

WAGNER
PAMELA            ANN
VANEPPS
RICHARD           A
VANEPPS
COLLEEN           A

TT#              TT 0000 004715

Employee ID      JM40

MORTGAGE TAX

| | | | | | |
|---|---|---|---|---|---|
| TRANS TAX | $ | 352.00 | MORTGAGE AMOUNT | $ | .00 |
| FILE FEE-S | $ | 66.00 | | | |
| FILE FEE-C | $ | 9.00 | BASIC MORTGAGE TAX | $ | .00 |
| FILE FEE-S | $ | 19.00 | | | |
| FILE FEE-C | $ | 8.00 | SPEC ADDIT MTG TAX | $ | .00 |
| REC FEE | $ | 9.00 | | | |
| MISC FEE-C | $ | 5.00 | ADDITIONAL MTG TAX | $ | .00 |
| | $ | .00 | | | |
| | $ | .00 | Total | $ | .00 |

Total:    $    468.00

STATE OF NEW YORK
MONROE COUNTY CLERK'S OFFICE

TRANSFER AMT

WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

TRANSFER AMT $    88,000.00

TRANSFER TAX $    352.00

Cheryl Dinolfo
Monroe County Clerk



D103650252

THIS INDENTURE made September 19, 2006

Between, PAMELA ANN WAGNER, residing at 127 Westwood Drive, Rochester, New York 14616,

party of the first part, and

A. A.
RICHARD VAN EPPS and COLLEEN VAN EPPS, husband and wife, residing at 1775 Portland Avenue, Rochester, New York 14617,

party of the second part,

**WITNESSETH** that the party of the first part, in consideration of ----ONE, AND MORE--------Dollars ($1.00 + more) lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL THAT TRACT OR PARCEL OF LAND, situate in the Town of Greece, County of Monroe and State of New York, bounded and described as follows: known and distinguished as Lot No. 21 as laid down on a map of Westwood Manor, a subdivision of the Conrad Baker Farm, dated April 30, 1923, filed in Monroe County Clerk's Office in Liber 55 of Maps, page 35; said Lot No. 21 fronts 50 feet on the easterly side of Simon Road (now known as Westwood Drive) and extends back of equal width 125 feet, all as shown on the map above referred to.

Subject to all public utility easements, all easements, restrictions and building restrictions affecting the premises herein, and subject to all easements and restrictions common to the tract or subdivision.

Being the same premises conveyed to the parties of the first part by Bargain & Sale Deed dated November 24, 1997 and recorded December 12, 1997 in the Monroe County Clerk's Office in Liber 8950 of Deeds, at page 22.

TAX ACCOUNT NO.: 060.73-3-28
TAX MAILING ADDRESS: 127 Westwood Drive, Rochester, NY 14616
d property address

**Together** with the appurtenances and all the estate and rights of the party of the first part in and to said premises.

**To have and hold** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

And the party of the first part covenants as follows:

**First,** That the party of the second part shall quietly enjoy the said premises;

**Second,** That the party of the first part will forever **Warrant** the title to said premises.

**Third,** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be constructed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

In Presence of

*Pamela Ann Wagner* L.S.

Pamela Ann Wagner

STATE OF NEW YORK, COUNTY OF MONROE)  SS.:

On the *19* day of *September*, 2006 before me, the undersigned, personally appeared Pamela Ann Wagner, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name are/is subscribed to the within instrument and acknowledged to me that they/he/she executed the same in their/his/her capacity, and that by their/his/her signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed this instrument.

NOTARY PUBLIC - Monroe cty - NYS
Ross J. Cammarata
Comm. Exp. 01-22-2010

