# EXHIBIT C

MONROE COUNTY CLERK'S OFFICE

ROCHESTER, NY

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #   1619704

Index       JUDGMENTS

Book              Page

No. Pages : 2

Instrument JUDGMENT

Date    :   06/26/2017

Time    :   08:30:12AM

**Return To:**

**VANEPPS,RICHARD A**

**CAPITAL ONE BANK USA NA**

Control #   **201706260016**

Index #     I2017003076

Employee :  DianeA

STATE FEE-AMD OR EXT JUDG   $        45.00

Total                        $        45.00

State of New York

MONROE COUNTY CLERK'S OFFICE

WARNING - THIS SHEET CONSTITUTES THE CLERKS ENDORSEMENT, REQUIRED BY SECTION 317-a(5) & SECTION 319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

ADAM J BELLO
MONROE COUNTY CLERK



PI182-201706260016-2



```
N00000045291591                                              000004698865
SUPREME COURT OF THE STATE OF NEW YORK              R & R File No. 1149767
COUNTY OF MONROE
-----------------------------------------                    S  055 N
CAPITAL ONE BANK (USA), N.A.

                                Plaintiff
        -against-                                           JUDGMENT
RICHARD A VAN EPPS
                                                    Index No. 17-3076
                                Defendant(s)
-----------------------------------------
```

Amount claimed in complaint ............................. $   2,382.77
Interest ................................................         .00
                                                        -----------
                                              TOTAL $       2,382.77
Costs by Statute.......................... $** waived
Service of process........................      25.00
Fee for Index Number......................     210.00
Prospective execution fee.................  ** waived
Transcript and Docket Fee.................  ** waived
Motion Fee for Judgment...................      45.00
                                                              280.00
                                                        -----------
                                              TOTAL $       2,662.77

STATE OF NEW YORK, COUNTY OF SUFFOLK:
The undersigned, an attorney admitted to practice in the State of New York,
associated with the attorneys for plaintiff, under penalties of perjury,
affirms the following to be true: The disbursements specified above have
been or will necessarily be made or incurred and are reasonable in amount.
Defendant(s) have failed to appear, answer or move herein, and the time to
do so having expired, plaintiff is entitled to judgment by default.
A copy of the summons was deposited on 4/24/17 (Deft 1)
in a separate post paid envelope in an official depository of the United
States Postal Service within New York State, addressed to each defaulting
defendant's last known home address set forth herein. More than 20 days
have elapsed and the envelope has not been returned as undeliverable
by the post office. This mailing was made by the process server.
Dated:      June 12, 2017
                                            ---------------------
                                            ADRIENNE CERVENKA
                                            RUBIN & ROTHMAN, LLC
                                            Attorneys for Plaintiff
                                            1787 Veterans Highway
                                            Islandia, N.Y. 11749
                                            (631) 234-1500

NOW, on motion of Rubin and Rothman, LLC, it is adjudged that

CAPITAL ONE BANK (USA), N.A.

located at 4851 COX ROAD, GLEN ALLEN, VA 23060

recover of RICHARD A VAN EPPS

residing at 127 WESTWOOD DR, ROCHESTER, NY 14616

the sum of $   2,662.77 and that the Plaintiff have execution therefor.

Dated: 06/16/17            _____Adam J. Bello_____
                                                        Clerk