# EXHIBIT D

# FannieMae
## Desktop Underwriter Quantitative Analysis Appraisal Report
File No. LEGAL AID

**THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.**

### SUBJECT
- Property Address: 127 WESTWOOD DRIVE   City: GREECE   State: NY   Zip Code: 14616
- Legal Description: TA# 060.73-3-28   SWIS-262800   County: MONROE
- Assessor's Parcel No.: 50130   Tax Year: 2017   R.E. Taxes $ 3,301.EST.   Special Assessments $ 0
- Borrower: VANEPPS   Current Owner: VANEPPS   Occupant: ☒ Owner ☐ Tenant ☐ Vacant
- Neighborhood or Project Name: NA   Project Type: ☐ PUD ☐ Condominium   HOA $ 0 /Mo.
- Sales Price: $ NFS   Date of Sale: NFS   Description / $ amount of loan charges/concessions to be paid by seller: 0
- Property rights appraised: ☒ Fee Simple ☐ Leasehold   Map Reference: ABOVE   Census Tract: 0138.00

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

- Location: ☐ Urban ☒ Suburban ☐ Rural
- Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25%
- Growth rate: ☐ Rapid ☐ Stable ☒ Slow
- Property values: ☐ Increasing ☒ Stable ☐ Declining
- Demand/supply: ☐ Shortage ☒ In balance ☐ Over supply
- Marketing time: ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos.

| | Single family housing | | Condominium housing | |
|---|---|---|---|---|
| | PRICE $(000) | AGE (yrs) | PRICE (if applic.) $(000) | AGE (yrs) |
| Low | 70K | 65 | 0 | 0 |
| High | 80K | 100 | 0 | 0 |
| Predominant | 70-80K | 65-100 | 0 | 0 |

Neighborhood boundaries: THE SUBJECT IS LOCATED ON THE TOWN OF GREECE, OFF STONE ROAD JUST NORTH OF DEWEY AVENUE. THERE WERE NO DETRIMENTAL FACTORS NOTED FOR THE SUBJECT'S NEIGHBORHOOD.

### SITE
- Dimensions: 50'X125'   Site area: 6,250 SQ.FT. (.14 ACRE)   Shape: RECTANGULAR
- Specific zoning classification and description: 210-SINGLE FAMILY RESIDENTIAL
- Zoning compliance: ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal, attach description ☐ No zoning
- Highest and best use of subject property as improved (or as proposed per plans and specifications): ☒ Present use ☐ Other use, attach description.

| Utilities | Public | Other | | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street | MACADAM | ☒ | ☐ |
| Gas | ☒ | | Sanitary sewer | ☒ | | Alley | NONE | ☐ | ☐ |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? ☐ Yes ☒ No   If Yes, attach description.

Source(s) used for physical characteristics of property: ☒ Interior and exterior inspection ☐ Exterior inspection from street ☒ Previous appraisal files ☒ MLS ☒ Assessment and tax records ☐ Prior inspection ☒ Property owner ☐ Other (Describe): NA

### IMPROVEMENTS
- No. of Stories: 2   Type (Det./Att.): DET.   Exterior Walls: VINYL   Roof Surface: ASPH.SHGL.   Manufactured Housing: ☐ Yes ☒ No
- Does the property generally conform to the neighborhood in terms of style, condition and construction materials? ☒ Yes ☐ No   If No, attach description.
- Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property? ☐ Yes ☒ No   If Yes, attach description.
- Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? ☐ Yes ☒ No   If Yes, attach description.

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.
My research revealed a total of 3 sales ranging in sales price from $ 70,000.00 to $ 77,000.00.
My research revealed a total of 0 listings ranging in list price from $ 0 to $ 0.
The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

### QUANTITATIVE SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| Address | 127 WESTWOOD DRIVE GREECE, NY | 361 STONE ROAD GREECE, NY | | 86 WEDGEWOOD PARK GREECE, NY | | 1074 BRITTON ROAD GREECE, NY | |
| Proximity to Subject | | .12 MILE | | .32 MILE | | .96 MILE | |
| Sales Price | $ NFS | $ 70,000.00 | | $ 77,000.00 | | $ 75,000.00 | |
| Price/Gross Living Area | $ | $ 92.96 | | $ 54.84 | | $ 59.81 | |
| Data & Verification Sources | | REAL INFO DATA / EXT. INSP. | | REAL INFO DATA / EXT. INSP. | | REAL INFO DATA / EXT. INSP. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | CONV.MTG. NONE | | CONV.MTG. NONE | | FHA MTG. NONE | |
| Date of Sale/Time | | CLOSE 03/17 | | CLOSE 02/17 | | CLOSE 03/17 | |
| Location | SUBRBN/AVG | SUBRBN/AVG | | SUBRBN/AVG | | SUBRBN/AVG | |
| Site | .14 ACRE | .19 ACRE | NO ADJ | .14 ACRE | | .12 ACRE | NO ADJ |
| View | STR/HOMES | STR/HOMES | | STR/HOMES | | STR/HOMES | |
| Design (Style) | CAPE COD | CAPE COD | | CAPE COD | | CAPE COD | |
| Actual Age (Yrs.) | +/-90 | +/-88 | NO ADJ | +/-77 | NO ADJ | +/-68 | NO ADJ |
| Condition | AVG-REPAIR | AVERAGE | -5,200 | AVERAGE | -5,200 | AVERAGE | -5,200 |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1 | Total 5 / Bdrms 2 / Baths 1 | | Total 7 / Bdrms 4 / Baths 1 | | Total 7 / Bdrms 4 / Baths 1 | |
| Gross Living Area | 1,102 Sq. Ft. | 753 Sq. Ft. | +3,490 | 1,404 Sq. Ft. | -3,020 | 1,254 Sq. Ft. | -1,520 |
| Basement & Finished Rooms Below Grade | FULL/NONE FA/GAS/NONE | FULL/NONE FA/GAS/CAC | -2,000 | FULL/NONE FA/GAS/NONE | | FULL/NONE FA/GAS/NONE | |
| Garage/Carport | 2-CAR | 1-CAR | +5,000 | 1-CAR | +5,000 | 1-CAR | +5,000 |
| OTHER | 2-PORCHES | PORCH/PATIO | NO ADJ | 2-PORCHES | | PORCH | +1,000 |
| OTHER | NONE | NONE | | NONE | | NONE | |
| Net Adj. (total) | | ☒ + ☐ - $ | 1,290 | ☐ + ☒ - $ | 3,220 | ☐ + ☒ - $ | 720 |
| Adjusted Sales Price of Comparables | | $ | 71,290 | $ | 73,780 | $ | 74,280 |
| Date of Prior Sale | NA | NA | | NA | | NA | |
| Price of Prior Sale | $ 0 | $ 0 | | $ 0 | | $ 0 | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: THE SUBJECT IS NOT LISTED FOR SALE, NOR HAS TITLE BEEN TRANSFERRED WITHIN SIX MONTHS OF THIS REPORT.

Summary of sales comparison and value conclusion: ALL THREE SALES WERE USED FOR FINAL ESTIMATE OF VALUE, AND ARE ALL LOCATED LESS THAN ONE MILE FROM THE SUBJECT. THE SUBJECT APPEARS TO BE IN AVERAGE CONDITION FOR IT'S AGE, EXCEPT FOR SOME REPAIRS. THE SUBJECT IS IN NEED OF UPDATING. THE FLOORS NEED CARPETING THROUGH OUT, THE WALLS ARE OLD STUCCO, THE PORCHES ARE IN A STATE OF DETERIORATION. AN ADJUSTMENT WAS TAKEN ABOVE AS "REPAIRS".

This appraisal is made ☒ "as-is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or ☐ subject to the following repairs, alterations or conditions   Kenneth J. Villone   *Kenneth J Villone*   Appraiser.

BASED ON AN ☐ EXTERIOR INSPECTION FROM THE STREET OR AN ☒ INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ -----------$73,000.00----------- , AS OF August 9, 2017.

## Desktop Underwriter Quantitative Analysis Appraisal Report

### PUD

**Project Information for PUDs** (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☐ No
Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit:
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data Source(s) _____
Was the project created by the conversion of existing buildings into a PUD? ☐ Yes ☐ No If yes, date of conversion: _____
Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source: _____
Are the common elements completed? ☐ Yes ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association? ☐ Yes ☐ No If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities: _____

### CONDOMINIUM

**Project Information for Condominiums** (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☐ No
Provide the following information for all Condominium Projects:
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data Source(s) _____
Was the project created by the conversion of existing buildings into a condominium? ☐ Yes ☐ No If yes, date of conversion: _____
Project Type: ☐ Primary Residence ☐ Second Home or Recreational ☐ Row or Townhouse ☐ Garden ☐ Midrise ☐ Highrise ☐ _____
Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed? ☐ Yes ☐ No If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association? ☐ Yes ☐ No If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities: _____

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in a mortgage finance transaction.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4. The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on on the basis of a hypothetical condition that the improvements have been completed.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 127 WESTWOOD DRIVE |
| Legal Description | TA# 060.73-3-28    SWIS-262800 |
| City | GREECE |
| County | MONROE |
| State | NY |
| Zip Code | 14616 |
| Census Tract | 0138.00 |
| Map Reference | ABOVE |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ NFS |
| Date of Sale | NFS |

### CLIENT

| | |
|---|---|
| Borrower / Client | VANEPPS |
| Lender | NA |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 1,102 |
| Price per Square Foot | $ 0 |
| Location | SUBRBN/AVG |
| Age | +/-90 |
| Condition | AVG-REPAIR |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Baths | 1 |

### APPRAISER

| | |
|---|---|
| Appraiser | Kenneth J. Villone |
| Date of Appraised Value | August 9, 2017 |

### VALUE

| | |
|---|---|
| Final Estimate of Value | $ ----------------------$73,000.00-------------- |

```
                    ┌─────────┐
                    │  PORCH  │
                    │         │
         ┌──────────┴─────────┴──┐
         │              BATH     │
         │  KITCHEN              │
         │                       │
         │             BEDROOM   │
         │                       │
         │  DINING ROOM          │
         │                       │
         │                       │
         │     LIVING ROOM       │
         │                       │
         └──────────┬─────────┬──┘
                    │  PORCH  │
                    └─────────┘


         ┌───────────────────────┐
         │                       │
         │  BEDROOM              │
         │         BEDROOM       │
         │                       │
         └───────────────────────┘
```



## New York, United States, North America

Copyright © and (P) 1988–2012 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Certain mapping and direction data © 2012 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities, including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2012 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are trademarks of Tele Atlas, Inc. © 2012 by Applied Geographic Solutions. All rights reserved. Portions © Copyright 2012 by Woodall Publications Corp. All rights reserved.

## Subject Photo Page

| Borrower/Client | VANEPPS | | | |
|---|---|---|---|---|
| Property Address | 127 WESTWOOD DRIVE | | | |
| City GREECE | County MONROE | State NY | Zip Code 14616 | |
| Lender | | | | |



### Subject Front
127 WESTWOOD DRIVE
Sales Price           NFS
Gross Living Area     1,102
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       1
Location              SUBRBN/AVG
View                  STR/HOMES
Site                  .14 ACRE
Quality               AVG-REPAIRS
Age                   +/-90



### Subject Rear



### Subject Street