**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In re:                                                                                  Chapter 7

**Colleen Anne Van Epps and**
**Richard Alan Van Epps**                                        **Order**
                                        Debtors.                    Bk. No: 2-17-21044-PRW

---

**UPON** the motion of Debtor Richard Alan Van Epps, by his attorneys, the Legal Aid Society of Rochester, NY, seeking an Order to avoid a judgment lien on the Debtor's residence located at 127 Westwood Drive, Rochester, NY 14616, and

**WHEREAS**, the Court having had due deliberation thereon, and sufficient cause appearing therefore; it is

**ORDERED,** that the judicial lien entered on June 26, 2017 by Capital One Bank (USA), N.A. against Richard A Van Epps in the Monroe County Clerk's Office, in the amount of $2,662.77 and indexed at Index No. I2017003076 and attached to Debtor's residence located at 127 Westwood Drive, Rochester, NY 14616 is cancelled and avoided in full, and it is further

**ORDERED,** that the Judgment Creditor will take the necessary steps to cancel said judgment lien on record by cooperating with the Debtors to the extent necessary to effectuate the purpose of this order, and lastly

**ORDERED,** that the presentment of this original Order to the Monroe County Clerk's Office for recording may be done without further notice to any part and shall be deemed sufficient on its face.

**IT IS SO ORDERED**

Dated:_____, 2020                    _____
     Rochester, NY                                                Hon. Paul R. Warren
                                                                        *United States Bankruptcy Judge*