**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In re:  Chapter 7

    Colleen Anne Van Epps and
    Richard Alan Van Epps  **Certificate of Service**
                                   Debtors.  Bk. No: 2-17-21044-PRW

---

      I hereby certify that on October 26, 2020, a copy of the: (1) Motion to Avoid Liens Cover Page, (2) Notice of Motion to Avoid Liens, (3) Motion to Avoid Liens with Exhibits A - D, and (4) Proposed Order to Avoid Liens were all served by regular United States mail to all interested parties listed below.

1. United States Trustee
   100 State Street. Room 6090
   Rochester, NY 14614

2. Richard D. Fairbank
   CEO and President
   Capital One Bank (USA) N.A.
   1680 Capital One Drive
   McLean, VA 22101-3491

3. Hon. Paul R. Warren
   100 State Street
   Rochester, NY 14614

4. Rubin and Rothman, LLC
   Attorney for Creditor Capital One
   Bank (USA) N.A.
   1787 Veterans Highway
   Islandia, N.Y. 11749

5. Lucien A. Morin, II
   25 East Main Street, Ste 500
   Rochester, NY 14614

6. Eldridge Burns
   Chief Legal Officer
   Mr. Cooper, *Successor in Interest to* Seterus Inc.
   PO Box 1077
   Hartford, CT 06143-1077

7. Richard Alan Van Epps
   127 Westwood Drive
   Rochester, NY 14616

8. Estate of Colleen Anne Van Epps
   127 Westwood Drive
   Rochester, NY 14616

Dated: October 26, 2020

/s/ Michael A. Furlano
**Michael A. Furlano, Esq.**
*Attorney for Debtor*
LEGAL AID SOCIETY OF ROCHESTER, NY
One West Main Street
Rochester, NY 14614
P: (585) 295-5763
F: (585) 232-2352
mfurlano@lasroc.org